IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  LARRY F HANAWALT                                         Case No: 08-51185
3281 W BROAD ST
COLUMBUS, OH  43204                                              Chapter 13

Judge: John E. Hoffman Jr.

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY

The Case was commenced on February 14, 2008.
The plan was confirmed on October 09, 2008.
The Case was concluded on April 24, 2013.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid.  That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
NOTICE OF DISMISSAL AFTER CONFIRMATION.  THE SUBJECT CASE HAS BEEN DISMISSED.

RECEIPTS:  Amount paid to the Trustee by or for the Debtor for benefit of creditors:           59,258.03

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 100.00%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| 00000    Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| ATTORNEY GENERAL STATE OF OHIO 00011    Priority | 19,112.71 | 1,923.95 | 0.00 | 17,188.76 |
| ATTORNEY GENERAL STATE OF OHIO 00012    Unsecured | 1,248.70 | 0.00 | 0.00 | 1,248.70 |
| CHASE BANK USA NA 00022    Unknown | Not filed | 0.00 | 0.00 | 0.00 |
| CHOCTAW LAKE HOME OWNERS ASSOC 00006    Secured | Not filed | 0.00 | 0.00 | 0.00 |
| CHOCTAW LAKE UTILITIES 00007    Secured | Not filed | 0.00 | 0.00 | 0.00 |
| CITIZENS AUTOMOTIVE FINANCING 00008    Notice Only | Not filed | 0.00 | 0.00 | 0.00 |
| CITIZENS BANK 00002    Secured-506 | 49,000.00 | 27,674.18 | 12,073.42 | 21,325.82 |
| CITIZENS BANK 10002    Unsecured | 2,156.76 | 0.00 | 0.00 | 2,156.76 |
| COLUMBUS METRO FEDERAL C U 00009    Notice Only | Not filed | 0.00 | 0.00 | 0.00 |
| COLUMBUS METRO FEDERAL CR UN 00005    Secured-506 | 11,219.88 | 11,219.88 | 1,726.27 | 0.00 |
| CREDITORS INTERCHANGE 00023    Unknown | Not filed | 0.00 | 0.00 | 0.00 |
| DISCOVER 00017    Notice Only | Not filed | 0.00 | 0.00 | 0.00 |

### CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY
CASE NO. 08-51185   LARRY F HANAWALT

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| DISCOVER BANK | 10,291.80 | 0.00 | 0.00 | 10,291.80 |
| 00003    Unsecured | | | | |
| DISCOVER BANK | 6,244.83 | 0.00 | 0.00 | 6,244.83 |
| 00004    Unsecured | | | | |
| DISCOVER FINANCIAL SERVICES | Not filed | 0.00 | 0.00 | 0.00 |
| 00027    Unknown | | | | |
| EAST BAY FUNDING | 12,920.65 | 0.00 | 0.00 | 12,920.65 |
| 00016    Unsecured | | | | |
| eCAST SETTLEMENT CORPORATION | 4,389.10 | 0.00 | 0.00 | 4,389.10 |
| 00029    Unsecured | | | | |
| eCAST SETTLEMENT CORPORATION | 12,858.58 | 0.00 | 0.00 | 12,858.58 |
| 00015    Unsecured | | | | |
| FOCUS RECEIVABLES MANAGEMENT | Not filed | 0.00 | 0.00 | 0.00 |
| 00018    Notice Only | | | | |
| LARRY F HANAWALT | 0.00 | 0.00 | 0.00 | 0.00 |
| 00000    Debtor Refund | | | | |
| MADISON COUNTY AUDITOR | Not filed | 0.00 | 0.00 | 0.00 |
| 00010    Priority | | | | |
| MORTGAGE ELECTRONIC REGISTRATI | Not filed | 0.00 | 0.00 | 0.00 |
| 00019    Unsecured | | | | |
| OHIO DEPT OF TAXATION | Not filed | 0.00 | 0.00 | 0.00 |
| 00013    Priority | | | | |
| RESURGENT CAPITAL SERVICES | 1,347.68 | 0.00 | 0.00 | 1,347.68 |
| 00020    Unsecured | | | | |
| RESURGENT CAPITAL SERVICES | 12,607.35 | 0.00 | 0.00 | 12,607.35 |
| 00014    Unsecured | | | | |
| SANDRA HANAWALT | Not filed | 0.00 | 0.00 | 0.00 |
| 00021    Notice Only | | | | |
| SANDRA L HANAWALT | Not filed | 0.00 | 0.00 | 0.00 |
| 00024    Unknown | | | | |
| Shannon M Treynor | 1,500.00 | 1,500.00 | 0.00 | 0.00 |
| 00001    Attorney | | | | |
| Shannon M Treynor | 924.25 | 924.25 | 0.00 | 0.00 |
| 00030    Additional Attorney Fees | | | | |
| UNITED COLLECTION BUREAU INC | Not filed | 0.00 | 0.00 | 0.00 |
| 00025    Unknown | | | | |
| WELTMAN WEINBERG & REIS | Not filed | 0.00 | 0.00 | 0.00 |
| 00026    Unknown | | | | |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 61,144.13 | 20,612.71 | 64,065.45 | 0.00 | 0.00 | 145,822.29 |
| PRIN PAID | 39,818.31 | 3,423.95 | 0.00 | 0.00 | 0.00 | 43,242.26 |
| INT PAID | 13,799.69 | 0.00 | 0.00 | 0.00 | | 13,799.69 |
| | | | | | TOTAL PAID: | 57,041.95 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | ALLOWED | TOTAL PAID |
|---|---|---|
| Shannon M Treynor | 0.00 | 0.00 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 08-51185    LARRY F HANAWALT

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 2,210.53 | 0.00 | 5.55 | 2,216.08 |

Dated:  05/06/2013

/s/ Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  LARRY F HANAWALT                                         Case No: 08-51185
       3281 W BROAD ST
       COLUMBUS, OH  43204                                       Chapter 13

                                                                                                 Judge: John E. Hoffman Jr.

### CERTIFICATION AND OPPORTUNITY TO OBJECT

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty-one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. No notice will be given of the filing of the Final Report as this notice is intended to comply with L.B.R.2002-1(a)(2)(C).

Frank M. Pees, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

                                                                                            /s/ Frank M. Pees

FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700